# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT C. YOUNGS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. GAMBOA,<br><br>　　　　　Warden. | Case No. 5:23-cv-00392-DOC-AJR<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED WITH PREJUDICE.

DATED: March 19, 2024

_David O. Carter_
_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE